UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOHAMED HASSAN,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | NO. CV-07-119-RHW<br><br>**ORDER DISMISSING CASE** |

On May 1, 2008, the Court entered a Show Cause Order directing Plaintiff to show case why the above-captioned case should not be dismissed for failure to serve and prosecute (Ct. Rec. 7). On June 18, 2008, the Court granted Plaintiff an extension of time to respond (Ct. Rec. 9). On July 23, 2008, Plaintiff filed a letter to the President of the Court (Ct. Rec. 10). In the letter, it appears that Plaintiff is agreeing to dismiss the case and is asking for the return of the $350 filing fee that was paid by Plaintiff on June 11, 2007.

The Court agrees to dismiss the case, but declines to return the filing fee. Plaintiff has the opportunity to seek *in forma pauperis* status, but did not do so. The filing fee reimburses the Court for the costs associated with the managing of the Court docket. The fees were expended when Plaintiff filed his complaint and a court file was opened.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The above-captioned complaint is **dismissed**, without prejudice.

///

**ORDER DISMISSING CASE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, provide a copy to Plaintiff, and close the file.
3  **DATED** this 9th day of April, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Hassan\dismiss.wpd

**ORDER DISMISSING CASE ~ 2**